In the Matter of KHALIL O.F., an infant. JEFFERSON COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; THARRON F. et al., Appellants. [913 NYS2d 637]—Appeals from an order of the Family Court, Jefferson County (Richard V. Hunt, J.), entered July 8, 2009 in a proceeding pursuant to Family Court Act article 10. The order, among other things, adjudged that respondents had neglected the subject child.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Scudder, P.J., Smith, Green, Pine and Gorski, JJ.